394 A.2d 572

**COMMONWEALTH of Pennsylvania**

v.

**Francis BERKHEIMER, Appellant.**

Superior Court of Pennsylvania.

Submitted April 10, 1978.

Decided Nov. 17, 1978.

James H. Stratton, Jr., Assistant Public Defender, Ebensburg, for appellant.

D. Gerard Long, District Attorney, Ebensburg, for Com., appellee.

Before JACOBS, President Judge, and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

PER CURIAM:

Judgment of sentence affirmed.

SPAETH, J., files a dissenting statement.

HOFFMAN, J., did not participate in the consideration or decision of this case.

SPAETH, Judge, dissenting:

I dissent. *Commonwealth v. Riggins*, 474 Pa. 115, 377 A.2d 140 (1977).